# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAVID GLAZE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-18-860-P |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court in connection with the issuance of a Report and Recommendation ("Report") by United States Magistrate Judge Gary M. Purcell regarding Plaintiff's Motion for Leave to Proceed *in Forma Pauperis*. In his Report, Judge Purcell recommended that the motion be denied, and the action dismissed without prejudice unless Plaintiff paid the full filing fee by September 25, 2018. [Doc. No. 3]. Judge Purcell advised Plaintiff of his right to object and directed that any objection be filed on or before September 25, 2018. Judge Purcell further advised Plaintiff that any failure to object would result in a waiver of the right to appellate review.

The deadline for filing objections has passed. To date, Plaintiff has not filed objections and has not sought an extension of time in which to do so. Further, the record reflects that Plaintiff has failed to pay the filing fee.

Accordingly, Judge Purcell's Report and Recommendation [Doc. No. 3] is ADOPTED as though fully set forth herein. This action is dismissed without prejudice to the filing of a new action. A judgment shall be issued forthwith.

IT IS SO ORDERED this 26th day of October 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE